IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P., GALDERMA S.A. and DOW PHARMACEUTICAL SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TOLMAR, INC.<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 3:09-CV-0400-N |

## ORDER OF DISMISSAL

This matter comes before the Court on Plaintiffs' and Defendant's Joint Motion To Dismiss (the "Motion"), which was filed with the Court on September 22, 2011.

After due consideration of the Motion, the Court finds that it should be, in all things, **GRANTED**.

**IT IS, THEREFORE, ORDERED** that this action, including all claims, counterclaims and defenses, which have been or could have been asserted in this action, is dismissed without prejudice. Costs or attorneys' fees are not being awarded to any party.

The Court shall retain jurisdiction over this action including, without limitation, over implementation of or disputes arising out of the Motion or the overall settlement of the above-captioned matter.

Signed September 26, 2011.

_____
David C. Godbey
United States District Judge